FILED
JUL 11 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KAAREN TEUBER; JIM K. BURG; RICKY L. GRUNDEN;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor and Presiding Officer of the Texas Senate; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas; BOYDE RICHIE, in his official capacity as Chair of the Texas Democratic Party; and STEVE MUNISTERI, in his official capacity as Chair of the Texas Republican Party;<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. SA-11-CV-572 |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the three judge panel issues the following Scheduling Order:

1. The parties shall conduct their Rule 26(f) conference no later than **July 13, 2011**.

2. Initial disclosures required by Rule 26(a) shall be exchanged no later than **July 15, 2011**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **July 19, 2011.**

4. All parties asserting claims for relief shall FILE their designation of potential witnesses,

designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **July 21, 2011**. Parties resisting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **July 26, 2011**. All designations of rebuttal experts shall be FILED no later than **August 1, 2011**.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, no later than **August 15, 2011**.

6. The parties shall complete all discovery on or before **August 15, 2011**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **August 15, 2011**. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 30 pages in length. Responses to dispositive motions shall be due no later than **August 24, 2011**.

8. This case is set for **Pretrial Conference on Friday, September 2, 2011 at 9:30 A.M.** and **Trial before the Court on September 6, 2011 at 9:30 A.M.**, in Courtroom No. 1, First Floor of the John H. Wood, Jr. Courthouse, 655 E. Durango, San Antonio, Texas 78206. The parties shall file their pretrial submissions in the form set out in Rule CV-16(e) to the Local Rules for the Western District not later than **August 24, 2011**.

All prior Scheduling Orders are hereby withdrawn and Vacated.

IT IS SO ORDERED.

Signed this 11th day of July, 2011.

_____
Orlando L. Garcia
United States District Judge

And on behalf of:

Jerry E. Smith
U.S. Circuit Judge

Xavier Rodriguez
U. S. District Judge