IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 1 1 2011
CLERK, U.S. DIST...
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| KAAREN TEUBER, JIM K. BURG and RICKY L. GRUNDEN )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor and presiding officer of the Texas Senate; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas; BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and STEVE MUNISTERI, in his official capacity as Chair of the Texas Republican Party )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>SA-11-CA-0572-OLG-JES-XR |

## ORDER

The three judge panel issues the following order which modifies, in part, the Amended Scheduling Order entered in this case:

1. Due to the expedited schedule in this case, and the three judge panel's desire to stay abreast of the issues herein, the Court modifies the Amended Scheduling Order to provide that the parties FILE the materials required by FED.R.CIV.P. 26(a)(2)(B), which will include a copy of each expert's written report and the data upon which the expert relies in forming his opinions.

2. The parties shall jointly file a brief written advisory when or if there is a change in status of the preclearance process.

SIGNED and ENTERED this 11TH day of July, 2011.

*[signature]*

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith
United States Circuit Judge
U.S. Court of Appeals, Fifth Circuit

*- and -*

Xavier Rodriguez
United States District Judge
Western District of Texas