IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

JUL 2 5 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| KAAREN TEUBER, JIM K. BURG and<br>RICKY L. GRUNDEN | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-0572-OLG-JES-XR |
| STATE OF TEXAS; RICK PERRY, in his<br>official capacity as Governor of the<br>State of Texas; DAVID DEWHURST, in<br>his official capacity as Lieutenant Governor<br>and presiding officer of the Texas Senate;<br>JOE STRAUS, in his official capacity as<br>Speaker of the Texas House of<br>Representatives; HOPE ANDRADE, in<br>her official capacity as Secretary of<br>State of the State of Texas; BOYD<br>RICHIE, in his official capacity as Chair<br>of the Texas Democratic Party; and<br>STEVE MUNISTERI, in his official<br>capacity as Chair of the Texas<br>Republican Party | ) | |
| | ) | |
| Defendants | ) | |

**O R D E R**

Various pending motions are reflected on the docket. After reviewing the motions, and any responses thereto, the Court rules as follows:

1. Application to Appear Pro Hac Vice filed by Jose Garza (Dkt. # 2) is DENIED as moot. The case has been transferred from the Eastern District to the Western District, and Mr. Garza is admitted to practice in the Western District.

2. Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. # 41) is GRANTED as unopposed.

3.  Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Supplemental Complaint (Dkt. # 49) is DENIED as moot, in light of the unopposed filing of Plaintiffs' Second Amended Complaint (Dkt. # 42).

4.  Plaintiffs' Request for a Three Judge Court (Dkt. # 46) is MOOT, as a panel has been appointed (Dkt. # 50).

5.  Motion to Intervene, filed by Texas Latino Redistricting Task Force, et. al. (Dkt. # 63) is GRANTED as unopposed, and the movants will be entitled to appear as Defendant-Intervenors.

The deadline for amendment of pleadings has passed.  Any parties that have been given permission to intervene after the deadline for amendment of pleadings should ensure that their pleadings are sufficient.

It is imperative that the parties include a certificate of conference in every motion, or otherwise indicate whether the motion is opposed.  If the parties do not indicate that a motion is unopposed, the Court must assume that it is opposed and a ruling will not be forthcoming until the response time has passed.  Due to the expedited nature of this matter, the response time may be shortened by order of the Court whenever necessary.

SIGNED and ENTERED this _____**25**_____ day of July, 2011.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith                                          Xavier Rodriguez
United States Circuit Judge            *-and-*        United States District Judge
U.S. Court of Appeals, Fifth Circuit                 Western District of Texas