FILED

JUL 26 2011

CLERK, U.S. DISTRICT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KAAREN TEUBER, JIM K. BURG and RICKY L. GRUNDEN | § § § | |
| | § | NO. 5:11-CV-00572-OLG |
| v. | § § | |
| STATE OF TEXAS, et al. | § § | |

### ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

BE IT REMEMBERED and came on to be heard Plaintiffs' Motion to Dismiss in the above-entitled and numbered cause. After considering Plaintiffs' motion, and the pleadings on file, the Court ORDERS as follows:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Dismiss Defendants, State of Texas; Rick Perry, in his official capacity as Governor of the State of Texas; David Dewhurst, in his official capacity as Lieutenant Governor and Presiding Officer of the Texas Senate; Joe Straus, in his official capacity as Speaker of the Texas House of Representatives; Hope Andrade, in her official capacity as Secretary of State of the State of Texas; Boyd Richie, in his official capacity as Chair of the Texas Democratic Party; and Steve Munisteri, in his official capacity as Chair of the Texas Republican Party is hereby granted without prejudice to the refiling of same.

Dated this __26__ day of __July__, 2011.

_____
THE HONORABLE ORLANDO L. GARCIA